PER CURIAM.
Previously in this case, the Court amended four Florida Supreme Court Approved Family Law Forms, forms 12.902(f)(1) and 12.902(f)(2), the marital settlement agreement forms, and forms 12.990(c)(1) and 12.990(c)(2), the final judgment of dissolution of marriage forms. These forms were amended in response to the enactment of section 732.703, Florida Statutes (2012), entitled “Effect of divorce, dissolution, or invalidity of marriage on disposition of certain assets at death.” In re Amends, to the Fla. Supreme Court Approved Family Law Forms, 122 So.3d 320 (Fla.2013).[1] Interested parties were given an opportunity to file comments regarding the amended forms. Id. at 321.
Several comments were filed. Upon consideration of the comments, and with input from the Advisory Workgroup on the Florida Supreme Court Family Law *390 Forms, we adopt additional amendments to the forms, as follows: (1) the phrase “deceased’s party former spouse” is changed to “deceased party’s former spouse” in each of the four forms; and (2) the references to tax “deductions” are changed to tax “exemptions” in paragraph 6 of Section IV of form 12.902(f)(1).
Accordingly, the Florida Supreme Court Approved Family Law Forms are amended, as reflected in the appendix to this opinion. The amended forms are fully engrossed and ready for use. The forms may also be accessed and downloaded from the Florida State Courts’ website at www. flcourts.org/gen_public/family/forms_ruIes/ index.shtml. By adoption of the amended forms, we express no opinion as to their correctness or applicability. The forms shall become effective immediately upon release of this opinion.
It is so ordered.
POLSTON, C.J., and PARIENTE, LEWIS, QUINCE, CANADY, LABARGA, and PERRY, JJ., concur.
APPENDIX
INSTRUCTIONS FOR FLORIDA SUPREME COURT APPROVED FAMILY LAW FORM 12.902(f)(1)
MARITAL SETTLEMENT AGREEMENT FOR DISSOLUTION OF MARRIAGE WITH DEPENDENT OR MINOR CHILD(REN) (05/14)
When should this form be used?
This form should be used when a Petition for Dissolution of Marriage with Dependent or Minor Child(ren), Florida Supreme Court Approved Family Law Form 12.901(b)(1), has been filed and the parties have reached an agreement on some or all of the issues at hand.
This form should be typed or printed in black ink. Both parties must sign the agreement and have their signatures witnessed by a notary public or deputy clerk. After completing this form, you should file the original with the clerk of the circuit court in the county where the petition was filed and keep a copy for your records. You should then refer to the instructions for your petition, answer, or answer and counterpetition concerning the procedures for setting a hearing or trial (final heariny).
Where can I look for more information?
Before proceeding, you should read General Information for Self-Represented Litigants found at the beginning of these forms. The words that are in bold underline in these instructions are defined there. For further information, see chapter 61, Florida Statutes, and the instructions for the petition and/or answer that were filed in this case.
Special notes ...
With this form you must also file a Child Support Guidelines Worksheet, Florida Family Law Rules of Procedure Form 12.902(e), if not already filed.
This form does not act to transfer title to the property. Such transfer must be done by deed or supplemental final judgment.
Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of a Disclosure from Nonlawyer, Florida Family Law Rules of Procedure Form 12.900(a), before he or she helps you. A nonlawyer helping you fill out these forms also must put his or her name, address, and telephone number on the bottom of the last page of every form he or she helps you complete.
*391 [[Image here]]
*392 [[Image here]]
*393 [[Image here]]
*394 [[Image here]]
*395 [[Image here]]
*396 [[Image here]]
*397 [[Image here]]
*398 [[Image here]]
*399 [[Image here]]
*400 [[Image here]]
*401 [[Image here]]
*402 [[Image here]]
*403 [[Image here]]
*404 INSTRUCTIONS FOR FLORIDA SUPREME COURT APPROVED FAMILY LAW FORM 12.902(f)(2)
MARITAL SETTLEMENT AGREEMENT FOR DISSOLUTION OF MARRIAGE WITH PROPERTY BUT NO DEPENDENT OR MINOR CHILD(REN) (05/14)
When should this form be used?
This form should be used when a Petition for Dissolution of Marriage with Property but no Dependent or Minor Child(ren), Florida Supreme Court Approved Family Law Form 12.901(b)(2), has been filed and the parties have reached an agreement on some or all of the issues at hand.
This form should be typed or printed in black ink. Both parties must sign the agreement and have their signatures witnessed by a notary public or deputy clerk. After completing this form, you should file the original with the clerk of the circuit court in the county where the petition was filed and keep a copy for your records.
You should then refer to the instructions for your petition, answer, or answer and counterpetition concerning the procedures for setting a hearing or trial (final hearing ).
Where can I look for more information?
Before proceeding, you should read General Information for Self-Represented Litigants found at the beginning of these forms. The words that are in bold underline in these instructions are defined there. For further information, see chapter 61, Florida Statutes, and the instructions for the petition and/or answer that were filed in this case.
Special notes ...
This form does not act to transfer title to the property. Such transfer must be done by deed or supplemental final judgment.
Remember, a person who is NOT an attorney is called a nonlawyer. If a nonlawyer helps you fill out these forms, that person must give you a copy of a Disclosure from Nonlawyer, Florida Family Law Rules of Procedure Form 12.900(a), before he or she helps you. A nonlawyer helping you fill out these forms also must put his or her name, address, and telephone number on the bottom of the last page of every form he or she helps you complete.
*405 [[Image here]]
*406 [[Image here]]
*407 [[Image here]]
*408 [[Image here]]
*409 [[Image here]]
*410 [[Image here]]
*411 [[Image here]]
*412 [[Image here]]
*413 [[Image here]]
*414 [[Image here]]
*415 [[Image here]]
*416 [[Image here]]
*417 [[Image here]]
*418 [[Image here]]
*419 [[Image here]]
*420 [[Image here]]
*421 [[Image here]]
*422 [[Image here]]
*423 [[Image here]]
*424 [[Image here]]
*425 [[Image here]]
*426 [[Image here]]
*427 [[Image here]]
*428 [[Image here]]
*429 [[Image here]]
*430 [[Image here]]
*431 [[Image here]]
*432 [[Image here]]
*433 [[Image here]]
*434 [[Image here]]
*435 [[Image here]]
*436 [[Image here]]
*437 [[Image here]]
*438 [[Image here]]
*439 [[Image here]]

. We have jurisdiction. See art. V, § 2(a), Fla. Const.